## WILLIAM O. COLE ET AL.

### v.

## NATIONAL SCHOOL FURNISHING CO.

*Sales—Warranty—School Bonds.*

In a controversy touching the sale of certain school bonds which were forged, this court holds, in view of the evidence, that the plaintiffs are entitled to a judgment in a sum named.

[Opinion filed December 7, 1891.]

APPEAL from the Superior Court of Cook County; the Hon.
ELLIOTT ANTHONY, Judge, presiding.

Messrs. BALL, WOOD & OAKLEY, for appellants.

Messrs. OSBORNE BROS. & BURGETT, for appellee.

MORAN, J.   This case was in this court at the October term,
1888, (30 Ill. App. 156,) and a judgment in favor of the present
appellants was then reversed for the reason that we thought
the conclusion of the trial court was not sustained by the evi-
dence as then shown in the record.   There is, in this record,
further evidence showing more clearly what the relations of
appellants and appellee in the bond transactions were, and we
do not regard our view of the case when here before as con-
trolling on the record now presented.

It is shown that appellee received from appellants $82.50
of the money which appellants paid for the $700 of bonds.
This was to pay for a supposed order for school furniture
which accompanied the notice that the bonds were at the
express office.

The school furniture order appears to have been a part of
the scheme of fraud perpetrated by the forgers of the bonds.
If the appellee had no responsibility for the fraud perpe-
trated on appellants, it certainly received from appellants
$82.50 of the money that they were defrauded of, for which
it has not rendered to appellants or any one else any value or
consideration.

This is the money of appellants in appellee's hands, and
which appellants have a right to recover in this action.   What-
ever view may be taken of the other questions in the case,
the verdict should have been in favor of the appellants for
said amount.   The judgment must therefore be reversed and
the verdict in favor of appellee set aside and a new trial
granted.

*Reversed and remanded.*